IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF KANSAS

| | |
|---|---|
| CYNTHIA M. RUCKER-MOORE,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>HARPER INDUSTRIES, INC.,<br><br>　　　　　*Defendant*. | Case No. 09-CV-1224-EFM-KMH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The above parties stipulate and agree that as a result of resolution of the dispute in this action is it hereby dismissed with prejudice.

| | |
|---|---|
| JOSEPH & HOLLANDER, P.A.<br>*Attorneys for Defendant*<br><br>/s/ Michelle K. Moe<br>Ross A. Hollander (09010)<br>rhollander@josephhollander.com<br>Michelle K. Moe (22620)<br>mmoe@josephhollander.com<br>500 North Market Street<br>Wichita, Kansas 67214<br>Tel: (316) 262-9393<br>Fax: (316) 262-9006 | AYESH LAW OFFICES<br>*Attorneys for Plaintiff*<br><br>/s/ Ray E. Simmons<br>Mark G. Ayesh (10175)<br>mayesh@ayesh.kscoxmail.com<br>Ray E. Simmons (12296)<br>rsimmons@ayesh.kscoxmail.com<br>8100 East 22nd Street North<br>Building 2300, Suite 2<br>P.O. Box 781750<br>Wichita, Kansas 67278-1750<br>Tel: (316) 682-7381 |